UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANTELL YOUNG

VERSUS

HI NEIGHBOR SUPERMARKET, INC., ET AL.

CIVIL ACTION

NO. 08-564-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 27, 2009 (doc. no.18) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims against defendant Damegano Ary are DISMISSED pursuant to Rule 4(m).

Baton Rouge, Louisiana, this 1st day of May, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA